446

UNITED STATES of America,
Plaintiff–Appellee,

v.

Monica Rayshell JONES, Defendant–
Appellant.

No. 06–40411
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Monica Rayshell Jones has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jones has received a copy of counsel's motion and brief but has not filed a response. The Government has moved to dismiss the appeal based on Jones's appeal waiver.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Accordingly, the Government's motion to dismiss the appeal is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.